## SALLY PAGANO *v.* FREDERICK A. PAGANO, JR.
### (15868)

Foti, Heiman and Schaller, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.

## PROGRESS PARK CORPORATION *v.* JOHN MERCEDE ET AL.
### (15798)

Foti, Heiman and Schaller, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.

## KENNETH C. AMARA *v.* SALVATORE AMARA ET AL.
### (15527)

Dupont, C. J., and Lavery and Landau, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.